IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANNA PETRISKY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOL OF COMMUNICATION ARTS OF NORTH CAROLINA, INC., D/B/A/ LIVING ARTS COLLEGE AND LIVING ARTS INSTITUTE, ROGER F. KLIETZ, ROGER D. HAUGE, AND DEBRA ANN HOOPER,<br><br>Defendants. | Case No.: 5:15-CV-652-F<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES THE INDIVIDUAL PLAINTIFF-RELATOR, by and through counsel, and pursuant to Rule 41(a)(1)(A)(i), and 31 U.S.C. §3730(b), and files this her Notice of Voluntary Dismissal Without Prejudice, which is being filed before any opposing party has been served and before any opposing party has served either an answer or a motion for summary judgment. The Individual Plaintiff-Relator further states to the Court that the United States has informed her counsel in writing by electronic mail received on August 8, 2016, that the United States consents to this Voluntary Dismissal Without Prejudice, which also is without prejudice to the United States, and that the United States has previously filed and served its *Notice of Election to Decline Intervention* on June 9, 2016.

1

This the 15th day of August, 2016.

        /s/ Charles H. Rabon, Jr.
        Charles H. Rabon, Jr.
            NC State Bar No. 16800
            CRabon@usfraudattorneys.com

        Rabon Law Firm, PLLC
        225 E. Worthington Avenue, Suite 100
        Charlotte, NC 28203
        Tel. 704-247-3247
        Fax 704-208-4645

        *Counsel for Plaintiff-Relator*

OF COUNSEL:

R. Scott Oswald, admitted *pro hac vice*
David L. Scher, admitted *pro hac vice*
The Employment Law Group, P.C.
888 17th Street, N.W., 9th Floor
Washington, D.C. 20006
(202) 261 – 2810
(202) 261 – 2835 (facsimile)
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com

**CERTIFICATE OF SERVICE**

This is to certify that on this date I served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** which was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the electronic to the following individuals:

Neal Fowler, U.S. Department of Justice          Neal.fowler@usdoj.gov

This the 15th day of August, 2016.

/s/ Charles H. Rabon, Jr.
Charles H. Rabon, Jr.